[No. 3634-1.    Division One.    April 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 70712, James W. Mifflin, J., entered January 13, 1976. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by James and Swanson, JJ.

[No. 3707-1.    Division One.    April 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW A. GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 71066, Frank H. Roberts, Jr., J., entered March 20, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by James and Swanson, JJ.

[No. 3751-1.    Division One.    April 26, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALDEN EXENDINE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 69410, Horton Smith, J., entered April 22, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1548-2.    Division Two.    April 30, 1976.]

BOSKO INCORPORATED, *Respondent*, v. PORT OF TACOMA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 180938, William L. Brown, Jr., J., entered June 24, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 3048-1.    Division One.    May 3, 1976.]

WESTERN EQUIPMENT COMPANY, *Appellant*, v. MULLEN CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 752850, Francis E. Holman, J., entered May 8, 1974. *Affirmed* by unpublished per curiam opinion.